IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LaTOSHA NICOLE GILES,**

Petitioner,

v.                                                     Civil Action No. **3:14CV370**

**UNITED STATES PROBATION/PRETRIAL,**

Respondent.

### MEMORANDUM OPINION

Petitioner, a former federal inmate proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on March 24, 2015, the Court directed Petitioner to complete and return, the standardized form for filing a § 2241 petition within eleven (11) days of the date of entry thereof. More than eleven (11) days have passed and Petitioner has not returned the required § 2241 form. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 4/15/15
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge